# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. PHILIP LAGANA                                    Docket No. 3:03CR00134(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Philip Lagana who was sentenced to 366 days imprisonment for a violation of 18 U.S.C. § 1029(b)(2), Conspiracy to Commit Fraud in Connection with Access Device, by the Honorable Robert N. Chatigny, Chief United States District Judge, sitting in the court at Hartford, Connecticut on September 3, 2004 who fixed the period of supervision at 36 months which commenced on December 30, 2004 and imposed the general terms and conditions theretofore adopted by the court: Special conditions: 1) The defendant will work full time unless excused by the Probation Office for schooling, training, or other acceptable reasons; 2) the defendant will pay restitution in the total amount of $48,570, jointly and severally with his codefendants Randall Forcellina and Jennifer Forcellina. Restitution will be paid at the rate of $100 per month to Western Union Financial Services, Attn: Mr. James Zink, Manager, Security and Investigation Division, 13022 Hollenberg Drive, Bridgeton, MO 63044; 3) the defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the Probation Office; the defendant will pay all, or a portion of, the costs associated with any such treatment based on his ability to pay, in an amount to be determined by the Probation Office; 4) the defendant will not incur new credit charges or open additional lines of credit without prior approval of the Probation Office unless he is in compliance with the payment schedule; 5) the defendant will authorize the release to the Probation Office of any requested financial information and, 6) the defendant will not possess or use any credit cards without advance approval of the Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge #1: <u>Standard Condition</u> - "The defendant shall not commit another federal, state or local offense." The defendant was arrested by the Bethel Police Department on July 13, 2007 based upon a felony warrant issued in Danbury Superior Court on July 9, 2007. He is charged with Larceny in the First Degree, two counts of Forgery in the Second Degree and Identity Theft in the First Degree. He was released on a $75,000 bond and scheduled to appear on July 24, 2007 at 9:30 a.m. at Danbury Superior Court.

Charge #2: <u>Standard Condition</u> - "The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer." The defendant was stopped by Stamford, Connecticut Police on April 25, 2007 at approximately 0200 hours while driving an Infinity G35. The car was not registered and was towed from the scene, a ticket was issued to the defendant and he failed to notify probation as required.

Charge #3: <u>Standard Condition</u> - "The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer." The defendant was contacted telephonically and questioned by Bethel Connecticut Police Detective George Bryce on May 25, 2007 was requested to meet with him regarding the investigation. The defendant never notified the Probation Office of this contact

(See attached)

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled, bringing the defendant before the Court forthwith to answer charges that he violated the conditions of his supervision imposed by the Court.

**ORDER OF COURT**

Considered and ordered this 26 TH day of July, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By

Otto Rothi
United States Probation Officer

Place Hartford, CT
Date 7-26-07

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 26 day of July, 2007, at Hartford, Connecticut, U.S. Probation Officer Otto Rothi appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge

Charge #4: <u>Standard Condition</u> - "The defendant shall report to the probation office and shall submit a truthful and complete written report within the first five days of each month."

Charge #5: <u>Standard Condition</u> -"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." On May 31 and July 13, 2007 the defendant submitted monthly supervision reports and marked the answer "no" as to whether he had been arrested or questioned by law enforcement. He also verbally responded, "no" when asked on July 13, 2007 if he had had contact with law enforcement and failed to respond truthfully until presented with evidence of this contact.