UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                  :
                                  :
V.                                :   CASE NO. 3:03-CR-134(RNC)
                                  :
PHILIP LAGANA                     :

ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

On September 3, 2004, the defendant was sentenced to a term of incarceration of 12 months and one day, to be followed by supervised release for a term of 3 years subject to certain mandatory, standard and special conditions, for a violation of 18 U.S.C. § 1029(b)(2).

On August 6, 2007, the defendant appeared with counsel for a hearing to determine if his supervised release should be revoked based on his violation of various conditions of his supervised release, as alleged in a petition filed by the Probation Office on July 25, 2007, as amended on July 25, 2007.  At the August 6 hearing, the defendant admitted the violations alleged in paragraphs two through five of the amended petition.  The Court determined that the defendant's admitted violations required that he be sentenced to a term of incarceration of 5 months.

Accordingly, the defendant's term of supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons to be imprisoned for a term of 5 months, with no supervised release to follow.  The Court recommends to the Bureau

of Prisons that the defendant be designated to serve his term at FCI Otisville to facilitate family visits.

So ordered.

Dated at Hartford, Connecticut this 7th day of August 2007.

```
      __/s/_____
            Robert N. Chatigny
      United States District Judge
```